NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0986

INGRID CANNELLA BONNER

VERSUS

JOHN WESLEY BONNER

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 211,063
HONORABLE HARRY FRED RANDOW, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

AFFIRMED AND REMANDED.

Brent S. Gore
Attorney at Law
111 Serio Blvd.
Ferriday, LA 71334
(318) 757-4545
Counsel for Defendant/Appellant:
    John Wesley Bonner

John C. Davidson
Faircloth, Davidson, Vilar & Elliott, L.L.C.
P. O. Box 12730
Alexandria, LA 71315-2730
(318) 442-9533
Counsel for Plaintiff/Appellee:
    Ingrid Cannella Bonner